UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| BRANDY REMOLE | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 3:21-CV-00623-DJH-CHL |
| | ) | |
| EQUIFAX INFORMATION SERVICES LLC, | ) | |
| EXPERIAN INFORMATION SOLUTIONS, | ) | |
| INC., TRANS UNION, LLC. | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF SETTLEMENT**

Please take notice that Plaintiff has reached a settlement with Defendant Equifax Information Services, LLC. Once the settlement is final, the parties will file a joint stipulation of dismissal with prejudice. This Notice does not affect, and is not intended to affect, Plaintiff's claims against any other Defendant in this action.

Respectfully submitted,

*/s/Christopher T. Kurtz*
CHRISTOPHER T. KURTZ, Attorney
608 Baxter Avenue
Louisville, KY 40204
Phone (502) 749-3600
Fax (502) 749-3766
Email chris@ckurtzlaw.com
Attorney for Plaintiff