UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

BRANDY REMOLE,     Plaintiff,

v.     Civil Action No. 3:21-cv-623-DJH-CHL

TRANS UNION, LLC et al.,     Defendants.

\* \* \* \* \*

## ORDER

Plaintiff Brandy Remole and Defendant Equifax Information Services, LLC having filed an agreed order of dismissal with prejudice as to Remole's claims against Equifax (Docket No. 22), and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that Remole's claims against Equifax are **DISMISSED** with prejudice. The Clerk of Court is **DIRECTED** to terminate Equifax Information Services, LLC as a defendant in the record of this matter.

This Order does not affect Remole's claims against any other defendant.

January 14, 2022

*David J. Hale, Judge*
*United States District Court*

1