UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

BRANDY REMOLE, Plaintiff,

v. Civil Action No. 3:21-cv-623-DJH-CHL

TRANS UNION, LLC et al., Defendants.

\* \* \* \* \*

## ORDER

Plaintiff Brandy Remole and Defendants Experian Information Solutions, Inc. and Trans Union, LLC having filed agreed orders of dismissal with prejudice as to Remole's claims against Experian (Docket No. 26) and Trans Union (D.N. 27), and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** as follows:

(1) Remole's claims against Experian and Trans Union are **DISMISSED** with prejudice. The Clerk of Court is **DIRECTED** to terminate Experian Information Solutions, Inc. and Trans Union, LLC as defendants in the record of this matter.

(2) All claims having been resolved, this action is **DISMISSED** with prejudice and **STRICKEN** from the Court's docket.

March 2, 2022

David J. Hale, Judge
United States District Court